

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00387-CV

| | | |
|---|---|---|
| In re R.B. and J.B. | § | Original Proceeding |
| | § | From the 325th District Court |
| | § | of Tarrant County (325-602361-16) |
| | § | November 17, 2016 |
| | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the petition for writ of mandamus filed by Relators R.B. and J.B. and is of the opinion that relief should be conditionally granted. We conditionally grant R.B. and J.B.'s petition for writ of mandamus and direct the trial court to set aside its order denying R.B. and J.B.'s plea to the jurisdiction, to grant their plea to the jurisdiction, and to vacate the temporary orders. A writ will issue only if the trial court fails to do so.

It is further ordered that real parties in interest E.B. and S.P. shall pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier